■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PALUMBO, Appellant

Upon oral argument, the defendant's counsel indicated that the defendant has absconded. Mollen, P. J., Brown, Niehoff and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE PARKS, Appellant

No opinion. Mollen, P. J., Weinstein, Eiber and Kooper, JJ., concur.